UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Waycross Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Melissa Annette Crews | ) | Case No: 5:13-CR-00008-1 |
| | ) | USM No: 17972-021 |
| Date of Original Judgment: January 6, 2014 | ) | Kristi Lynn Lowery |
| Date of Previous Amended Judgment: Not Applicable | ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __40__ months **is reduced to** _____ time served as of January 1, 2016 _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
                M
         4\1    20 15
         Deputy Clerk

Except as otherwise provided above, all provisions of the judgment dated January 6, 2014, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: APRIL 1, 2015

                                                         *Judge's signature*

                                                         William T. Moore, Jr.
                                                         Judge, U.S. District Court
Effective Date: January 1, 2016                          Southern District of Georgia
*(if different from order date)*                         *Printed name and title*